ACCEPTED
4-15-00272-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/14/2015 3:38:27 PM
KEITH HOTTLE
CLERK

4-15-00272-CV

IN THE COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/14/2015 3:38:27 PM
KEITH E. HOTTLE
Clerk

KYU IM ROBINSON,
APPELLANT,

V.

JESS L. MAYFIELD, TRUSTEE, ET AL.,
APPELLEES

ON APPEAL FROM THE 131ST JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
HON. RENEE A. YANTA, JUDGE PRESIDING

## MOTION FOR SUBSTITUTION OF LEAD COUNSEL

**TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:**

In accordance with Tex. R. App. P. 6.5(d), Osborne, Helman, Knebel & Scott, LLP respectfully informs the Court that the firm of Osborne, Helman, Knebel & Scott, LLP is substituting in as Lead Counsel of Record for Appellee, William P. Riddick, Individually, and as Trustee of the Wm. P. Riddick – 76 Trust (collectively, "Riddick") in the above-entitled and numbered cause. Riddick has consented to the substitution of counsel, and the substitution is not sought for purposes of delay. The substitution of counsel is necessary because Riddick's prior counsel, Richie & Gueringer, P.C. has filed a Motion for Leave to Withdraw as Counsel of Record.

Riddick requests that this Court:

1.      grant the prior counsel, Richie & Gueringer, P.C.'s Motion for Leave to Withdraw as Counsel of Record; and

2.     grant this Motion for Substitution of Lead Counsel.

Riddick also requests that all filing, notices, order and communications for Riddick be sent to the following:

Michael B. Knisley
State Bar No. 24047367
Jeffrey T. Knebel
State Bar No. 11589000
OSBORNE, HELMAN, KNEBEL & SCOTT, LLP
301 Congress Avenue, Suite 1910
Austin, Texas 78701-0189
Telephone: (512) 542-2031
Telecopier: (512) 542-2011

Respectfully submitted,

OSBORNE, HELMAN, KNEBEL & SCOTT, LLP
301 Congress Avenue, Suite 1910
Austin, Texas 78701-0189
jtknebel@ohkslaw.com
Telephone: (512) 542-2031
Telecopier: (512) 542-2011

By:_____
    Michael B. Knisley
    State Bar ID No. 24047367
    Jeffrey T. Knebel
    State Bar ID No. 11589000

SUBSTITUTED ATTORNEYS FOR APPELLEE, WILLIAM P. RIDDICK, INDIVIDUALLY, AND AS TRUSTEE OF THE WM. P. RIDDICK – 76 TRUST

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document has been served on September 14, 2015, to the following:

Ms. JoAnn Storey
Email: storeyj@heightslaw.com
JoAnn Storey, P.C.
1005 Heights Boulevard
Houston, TX 77008

Cynthia Riddick Marmolejo
Email: cmarmolejo@satx.rr.com
230 Country Lane
San Antonio, TX 78209-2230

Patricia Riddick Nathan (f/k/a Patricia Swann Riddick)
Email: nathantica@gmail.com
402 N Weston Ln
Austin, TX 78733-4214

William McDonald Riddick
Email: mac@riddick-rental-properties.com
2023 Elm Shawdow
San Antonio, TX 78230

Warren Pretlow Riddick
Email: priddick@criteriondp.com
3413 Bryn Mawr Dr.
Dallas, TX 75225

William P. Riddick
Email: viejoriddick@gmail.com
P.O. Box 12430
San Antonio, TX 78212

_____
Jeffrey T. Knebel